```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 16803
   JOSE L CASTRO
   MELINDA CASTRO                             CHAPTER 13

                                              JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-9381     SSN XXX-XX-0436


----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 09/14/07 and confirmed on 11/14/07.

     2.  The case was dismissed after confirmation, 07/25/2008.

     3.  The Debtor paid a total of $   4620.00 .

     4.  The Trustee made disbursements to creditors as follows:

----------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
----------------------------------------------------------------------
NATIONAL CITY MORTGAGE     CURRENT MORTG        .00            .00           .00
NATIONAL CITY MORTGAGE     MORTGAGE ARRE        .00            .00           .00
LAKEWOOD TRAILS HOA        SECURED            275.00           .00        165.00
VILLAGE OF MINOOKA         SECURED            786.19           .00        471.72
CAR OUTLET                 SECURED VEHIC     8805.00         219.30       1443.80
AIS SERVICES               UNSECURED        NOT FILED          .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          757.73           .00           .00
ECAST SETTLEMENT CORPORA   UNSECURED         1185.80           .00           .00
BARRISTERS COLLECTION SE   UNSECURED        NOT FILED          .00           .00
CDA PONTIAC                UNSECURED          724.00           .00           .00
CRD PRT ASSOC              UNSECURED        NOT FILED          .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED          875.75           .00           .00
DEBT CREDIT SERVICES       UNSECURED        NOT FILED          .00           .00
H&F LAW                    UNSECURED        NOT FILED          .00           .00
ILLINOIS COLLECTION SERV   UNSECURED        NOT FILED          .00           .00
NICOR GAS                  UNSECURED        NOT FILED          .00           .00
PELLETTIERI & ASSOC        UNSECURED        NOT FILED          .00           .00
PROFESSIONAL ADJUSTMENT    UNSECURED        NOT FILED          .00           .00
PROFESSIONAL ADJUSTMENT    UNSECURED        NOT FILED          .00           .00
RISCUITY                   UNSECURED        NOT FILED          .00           .00
----------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
----------------------------------------------------------------------
TEX COLLECT                UNSECURED        NOT FILED          .00           .00
COMED                      UNSECURED          719.98           .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED           54.25           .00           .00
         Summary of disbursements:
----------------------------------------------------------------------
                       SECURED      PRIORITY    UNSECURED      OTHER        TOTAL
----------------------------------------------------------------------
```

```
TOTAL CLMS ALLOWED      9866.19         .00       4317.51         .00     14183.70
PRINCIPAL PAID          2080.52         .00           .00         .00      2080.52
INTEREST PAID            219.30         .00           .00         .00       219.30
TOTAL PAID              2299.82         .00           .00         .00      2299.82
```
The Debtor's attorney, LEGAL HELPERS PC              , was allowed $   3000.00
and was paid $    800.00   direct and $   2082.25   through the plan.

The Trustee received $     237.93 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 10/08/08                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE



                            PAGE   2
        CASE NO. 07 B 16803 JOSE L CASTRO & MELINDA CASTRO